**Electronically Filed**
**Supreme Court**
**21803**
**25-JUN-2020**
**10:36 AM**

NO. 21803

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

vs.

TROY R. EGAMI, Respondent.

---

ORIGINAL PROCEEDING
(ODC 95-003-4462, 95-025-4484, 95-067-4526, 95-174-4633, 95-178-4637, 95-263-4722, 95-306-4765, 95-307-4766, 96-051-4851, 96-144-4944, 96-145-4945, 96-307-5107, 96-332,5132, 96-383-5183, 96-384-5184, 97-060-5254, 98-065-5556, 98-067-5558, 98-080-5571)

ORDER
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of the June 22, 2020 motion and accompanying exhibits filed by Bradley Tamm, Chief Disciplinary Counsel at the Office of Disciplinary Counsel, as trustee over the practice of former attorney Troy Egami, pursuant to Rule 2.20 of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH), and the record in this matter, we conclude that the purpose of the notice and waiting period set forth in RSCH Rule

2.20(d) has been fulfilled, and further conclude that no duties or tasks remain for the trusteeship.  Therefore,

IT IS HEREBY ORDERED that the motion is granted.  The final report is approved.

IT IS FURTHER ORDERED that Trustee Tamm may unfreeze Egami's personal account, ending in x007 held at Hawaii State Federal Credit Union, for disposition as bank officers see fit.

IT IS FURTHER ORDERED that Trustee Tamm is authorized, upon entry of this order, to proceed forthwith with the destruction of remaining client files held by the trusteeship, save for original documents of value to Egami's former clients, pursuant to RSCH Rule 2.20(d).

IT IS FURTHER ORDERED that Tamm is discharged as trustee, thirty days after the entry date of this order.

DATED: Honolulu, Hawai'i, June 25, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

2